

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDITH ROMAN, | § | |
| | | No. 08-13-00019-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Municipal Court of Appeals |
| THE STATE OF TEXAS, | § | |
| | | of El Paso, Texas |
| Appellee. | § | |
| | | (TC# 12-MCA-3608) |
| | § | |

## O R D E R

It appears that the appeal bond is missing from the clerk's record in the above styled and numbered cause. The bond is listed as being located at page 4 in the record index; however, the original bond was not present in the file submitted to this Court. It is therefore ORDERED that the Clerk of the EL Paso Municipal Court of Appeals prepare a supplemental clerk's record to include Appellant Edith Roman's appeal bond on before February 14, 2014.

IT IS SO ORDERED THIS 5TH DAYOF FEBRUARY, 2014.


PER CURIAM


Before McClure, C.J., Rivera and Rodriguez, JJ.